IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEPHEN LAKEITH JACKSON, | * |
| Petitioner, | * |
| v. | Case No. 7:23-cv-38-HL-TQL |
| | * |
| WARDEN SHAVIERS, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 21, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 22nd day of June, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk